**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.:  25-cr-00330-GKF |
| vs. | | Date:  10/1/2025 |
| | | Court Time: *2:28pm - 2:34 pm* |
| Victor Kensington Colbert, Jr, | | |
| | Defendant(s). | **MINUTE SHEET – DETENTION AND/OR** **PRELIMINARY HEARING** |

Jodi F. Jayne, U.S. Magistrate Judge          S. Lamoreaux-Cope, Deputy          Magistrate Courtroom 1
                                                               Clerk

Interpreter: _____ ☐ Sworn

Counsel for Plaintiff: · Thomas Edward Buscemi

Counsel for Defendant, Paul Wilkening _____ Appt.

Case called for:          ☒ Detention Hearing,    ☐ Preliminary Hearing;

☒ Defendant appears in custody with counsel;

Defendant waives:    ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;

☒ Government withdraws their Motion for Detention #    *7*    ;

☐ Defense counsel stipulates there is probable cause;

☐ Proffer(s) made;

☐ Witness(es) sworn and testimony given;

☐ Arguments heard;

☐ Court Finds Probable Cause;

Motion for Detention (Dkt # 7    ):      ☐ granted, ☐ denied, ☐ moot;

☒ Court finds there are conditions which defendant can be released; Defendant ordered released;

☒ Bond set at *$10,000.00* _____ Bond and Conditions of Release executed;

☐ Defendant detained and remanded to custody of U.S. Marshal,          ☐ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:
_____
_____

Government's Witnesses:                              Defendant's Witnesses:
_____                    _____
_____                    _____
_____                    _____

Government's Exhibits:                              Defendant's Exhibits:
_____                    _____
_____                    _____
_____                    _____